IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRANDON SMITH                                                                PLANTIFF

VS.                                                         CIVIL ACTION NO. 3:21CV116

BAR II, LLC                                                                   DEFENDANT

## ORDER

Pursuant to the Stipulation of Dismissal *(without Prejudice)* [28] filed by the parties in this case, it is hereby ORDERED that this cause be dismissed without prejudice.

This the 13th day of April 2022.

    /s/ Michael P. Mills
**U. S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**